# EXHIBIT D







Home | Cities | Countries | Custom Search | Search

Home > United States > Chicago, IL > Realtors & Realty Services > Chris Engelmann, Real Estate Broker with Redfin

## Chris Engelmann, Real Estate Broker with Redfin

  


Firefly Realty Keller Williams
fireflyrealty.com
VISIT SITE

I help people find and sell places to live! Whether you looking to rent, buy, or list your place, I'd love to be of service. I focus on helping those who are looking to buy a home and also help those looking for apartments (aka anyone looking to "find a place."

Please let me know if I can be of service to you or someone you know who is looking to make a move!

**Operating as usual**



### Nearby realtors & realty services

**Gonsky, Baum & Whittaker, Ltd.**
112 S Sangamon, 4th Floor

**Steve Otwell - Senior Agent, Redfin**
112 South Sangamon, Suite 400

**Easy Leasebacks**
112 S Sangamon St

**Stefanie Sells Chicago**
112 S. Sangamon St. Suite 400

**Scott Maesel Chicago Illinois Commercial Real Estate**

**Brittani Walker - Realtor**
112 S. Sangamon St. Ste 400

**Dave Sperry Mortgage**
112 S. Sangamon, 2nd Floor

**SVN Chicago Commercial**
940 W Adams St

**Locovations Investments**
3800 n. Elston

**Amy Van Hook, Commercial Broker**
940 W Adams

**Mille at 1000 West Monroe**
1000 West Monroe

**Chicago Real Estate Insider**
847 W Monroe St, Ste 1A

**Extra Space Storage**
901 W Adams St

**Tony Campise - Chicago Real Estate Broker**

**David Patrick Real Estate Agent Chicago**

### Nearby finance companies

**Blueleaf Lending - Maia Lis Benson**
112 S Sangamon St, Fl 2

**George Kamberos - Blueleaf Lending**
112 S Sangamon St, 2nd Floor

**Josh Hayden - Blueleaf Lending**

**Betsy Lidecker**
112 S Sangamon 2nd Fl

**Debbie Parisian NMLS # 231316**
112 South Sangamon Suite 200 Fl 2

**Blueleaf Lending**
112 S Sangamon St

### Nearby law practices

**Gonsky, Baum & Whittaker, Ltd.**
112 S Sangamon, 4th Floor

**Sakhniuk Immigration Law**
1016 W Jackson Blvd

**Balkin & Mausner Injury Lawyers LLP**
2001 L Street, NW, Damietta

**Elfenbaum Evers & Zielinska, P.C.**
900 W. Jackson Blvd., Suite 3E

**Okabe & Haushalter - Chicago**
900 W. Jackson Blvd. Suite 5W

**Law Offices of Steven R. Decker**
900 W Jackson Blvd, Ste 5-East

[07/09/20] A prime example just seen on a listing of how realtor math and square footage estimates work:

"...as well as a HUGE 110 square foot (9x9) storage unit.."

😂😂😂



It might be working on a holiday weekend during a pandemic but it's still a beatiful day in a beautiful city.

[05/21/20] Yesterday an agent (to get under my skin) suggested I was not acting like a full-service broker because I didn't want to talk to him. We've done a deal in the past and there's not much accomplished by talking to him.

At the same time this same broker is literally charging his clients $10,000 (TEN THOUSAND DOLLARS) more to sell his clients' home that my company would be if we were selling it... without any compelling advantage to do so that another agent wouldn't provide.

I think I'm playing for the good guys in this biz.😎😏
That dude's putting the BROKE in broker for his clients.



### Real estate prices defy the crisis

https://www.chicagobusiness.com/residential-real-estate/real-estate-prices-defy-crisis

chicagobusiness.com Despite what vultures may have expected, area home prices have not fallen during the crisis, and there are signs demand will keep them from falling in the foreseeable future.





A client came to terms on a home with a tree house- does that count as a 2 for 1?





Chicago basements may not like heavy storms but backyards do! (from a vacant home a client is closing on later this week)



### Home Buying Agent with Redfin

I help people find their new home! I'm happy to discuss your needs and provide helpful, responsive service however I can.

**Want your business to be the top-listed Realtor/realty Service in Chicago?**

**Click here to claim your Sponsored Listing.**

### Videos (show all)

 
 


### Category

| Estate agents | Estate agent |

### Contact the business

Click here to send a message to the business

### Telephone

📞 (312) 533-6523



### Website

chrisengelmann.com

### Address



There was supposed to be an awards ceremony last week that got cancelled, but for what it's worth I got certificate status :) Thankful for the clients, teammates, business partners, and my company that made 2019 a great year!



Judging by the amount properties I've been doing comp analysis on for clients this weekend it's possible that the COVID slowdown is starting to pass.

[05/23/19] Redfin has made some policy changes this week... we upped our commission refund and WE ARE NOW GIVING MORE MONEY BACK TO OUR BUYERS!!

I was on call with a new client the other day and telling him we provide a portion of the commission back as a policy and when I looked up the property he was looking at it was larger than I was used to! So that doesn't hurt :) You can browse propeties on Redfin.com to see what it is for each property.



Chicago, IL - Free Redfin Home Buying Class

Come join me and Tiffeny Myers at Mrs Murphy & Sons to get some home-buying education this Thursday!

https://www.eventbrite.com/e/chicago-il-free-redfin-home-buying-class-tickets-60497714292

eventbrite.com Home Buying Class Thinking about buying a home but don't know where to start? Redfin Agents Tiffeny Meyers and Chris Engelmann will walk you through the home-buying process so you know what to expect. What we'll cover: Is buying for you? Chicago home prices, inventory & market conditions Special pro...

watching the rain pass. 😊😊😊😊

[05/02/19] Redfin's name comes from: RE-D-FIN(ing) real estate.
We are quite different.





What has actually been happening to home prices so far with COVID? Data from Lakeview and Uptown are telling: the number of new listings are down with already low inventory which has made things competitive for buyers, and prices have actually RISEN since February. I've had at least 3 clients make above ask offers in the past couple weeks and not win the bid (with other buyers over-paying in my opinion). The pace of the sales seems to be shifting back and forth every couple weeks so far.



Some of this week's adventures in real estate:

Had closings for clients on a $2M home yesterday (it's a nice place as you can see from the living room sized bathroom) and a $200k condo today (also a nice place).

Ran the "wrecking ball" game at a carnival for the Boys and Girls Club in Little Village while volunteering with the Chicago Association of Realtors (it was a good time).

Taught a home-buying class at Mrs Murphy and Sons and was compensated with ribs... and now I'm hungry again.

Thankful for a job that's fun and full of many experiences.



My printer didn't work quite right this morning, but on the plus side the new

[05/02/19] A day in the life: when after a 10am showing you start by making one call, and then 1.5 hrs later you're still doing business after working from the driver's seat and watching the rain pass. 😊😊😊😊

[05/02/19] Redfin's name comes from:



112 S Sangamon St Ste 400
Chicago, IL
60607

Opening Hours

| | |
|---|---|
| Monday | 09:00 - 17:00 |
| Tuesday | 09:00 - 17:00 |
| Wednesday | 09:00 - 17:00 |
| Thursday | 09:00 - 17:00 |
| Friday | 09:00 - 17:00 |
| Saturday | 09:00 - 17:00 |
| Sunday | 09:00 - 17:00 |

You May Also Like



New Assisted Living Apartments Near Canonsburg Are A Dream Come True For...
Senior Living



Time Has Not Been Kind To Elisabeth Shue
Finance Wealth Post



Lab tests suggest Israeli-made face mask eliminates over 99% of coronavirus
The Jerusalem Post



After Céline Dion's Weight Loss, She Revealed The True Cause
Atlantic Mirror

Sponsored Links by Taboola



US mortgage rates post biggest drop in decade to 4.06 pct.

Mortgage rates are down again! Nice to see an article leading with "Purchasing a home just became a lot cheaper..."

https://www.chicagotribune.com/business/sns-bc-us--mortgage-rates-20190328-story.html

chicagotribune.com Purchasing a home just became a lot cheaper, thanks mostly to the Federal Reserve's decision to put its interest rate hikes on hold for now.



That's what we like to hear! 10:19 AM

It's always great to feel like you're doing your job well, but it's even better to also know you're in a solid system with a solid team.

[03/25/19] Two closings today. I feel surprisingly not tired.

[02/22/19] When you're on a showing and the listing says in the agent notes "many homes have recording devices and you should be aware that you may be recorded..."
Sneaky sneaky 😂😂😂😂



Just another Chicago Saturday doing the real estate thing with Redfin :)

[02/13/19] First closing with Redfin today! (and 4 more on the calendar already... 😎 😁🏠🏠)



Note to self: if I ever use virtual staging of furniture for a listing and use poor photos, be sure to blur the staging furniture too 😅 😅😅



The view from 43 floors up.



We had ourselves a deep dish tutorial in the new homeowner's kitchen. And now I'm hungry again looking at the picture.



Redfin's annual Redferno conference the latter half of this week- did not disappoint! Fun to learn more about what's on the company's horizon, mingle with fellow "Redfinnians" from across the country, and enjoy some great entertainment in Nashville.



I've Made a Switch!

This happens to be the event spurring the new picture :)

http://chrisengelmann.com//2018/12/ive-made-switch.html

bl.chrisengelmann.com The new year is set to begin with me hitting the ground in a new role as a lead agent at Redfin helping home buyers! I accepted the positi...



Chris Engelmann, Real Estate Broker with Redfin



Predictions of the 2019 national housing market from Realtor.com:

Chicago expected to have drops in both number of sales (a product of less home inventory) and a 1.9% decrease in median sales price (good for buyers, not exciting for sellers).

Mortgage rates estimated to rise to 5.5% by end of 2019.

https://www.realtor.com/research/2019-national-housing-forecast/



Do YOU have a realtor who will help you hoist a boxspring that doesn't fit through the stairwell up the backside of the property with moving straps in his trunk?!?!



5 Ways To Invest In Real Estate In 2018

This article also has a couple ways to invest in real estate without actually owning it, but the three most common ways of investing through ownership are:

1. Buy and hold: Buying, residing in, maintaining, and selling later after values (hopefully) grow.

2. Renting: Buying and renting out all or part of the property to tenants.

3. Flipping: buying at a low value, renovating, and selling higher (not for the faint of heart as many first-timers are happy to just break even).

If you're intrigued, reach out and we can start talking numbers!

https://thecollegeinvestor.com/10414/ways-to-invest-in-real-estate/

thecollegeinvestor.com The ways to invest in real estate include buying rental property, crowd funding a property, flipping houses, renting out rooms, and REITs.

Six Things You Need To Know Before Investing With A Private Lender

I stumbled across this article while doing some google research for a client wondering about finding a private lender for a residential purchase (which is uncommon). Though the trade-offs of investing in private real estate funds is outside of the scope of my expertise as a broker, I thought it made some interesting points:

"The actual process of flipping a home takes a lot more time and expertise than people realize. And it can be risky.... Investing with a lender who funds flips instead of flipping your own project is a way to be part of the experience with a lot less time and risk."

"Investing capital with private lenders also means investing in neighborhoods. Private lenders fund renovation projects that improve property values, create jobs, boost local business income and strengthen communities across the country. Unlike investing in stocks, you can see tangible results in improved properties and neighborhoods. This is especially true if you choose to invest with a local lender."

https://www.forbes.com/sites/forbesrealestatec things-you-need-to-know-before-investing-

Have it give it to Lincoln Park- it has some nice scenery for walks this time of year.



20 Common Home 'Renovations' That Can Actually Lower The Value Of People's Houses

From personal experience with clients: 1, 3, 5, 6, and perhaps 10 depending on the situation. I can't say I've seen many remodeled kitchens or luxury bathrooms turn people away though.

http://moneyversed.com/costly-home-renovations/

moneyversed.com Initially, they don't seem like mistakes.

**Bulls legend Scottie Pippen reduces suburban mansion to $2.25M**

Home values may be on the rise throughout most of Chicagoland, but at least prices for the homes of Bulls legends are becoming more accessible...

Pippen's: $2.25M, down from 3.1M
Jordan's: $14.86M, down from originally $29M

https://chicago.curbed.com/2018/10/5/179413 bulls-scottie-pippen-home-for-sale

chicago.curbed.com The retired NBA player could end taking a loss on the Highland Park property.

**Chicago's rental market is changing: more higher-income tenants, fewer two-flats**

This article highlights some findings from a DePaul study on Chicago rental trends. It highlights increasing percentage of renters vs home owners the last decade to about 44% and that many with higher incomes are choosing to continue renting instead of buying for various reasons.

The wisdom of renting vs buying takes into account factors that will be different from person to person (something cover in my buyer's seminars). That being said, if you're able to buy a 2 or a 3 flat and rent out the additional units there should be tenants out there to help you cover the mortgage! I'd be



## You May Also Like

Sponsored Links by Taboola


**Astonishing Senior Living Apartments In Canonsburg. You Won't Believe The…**
Senior Living


**He Died 15 Years Ago, Now His Family Confirms The Rumors**
Fresh Edits


**Man Finds Lost Cave In Canonsburg, Enters And Drops To His Knees**
Interesticle


**These Hilarious Photos Captured On The Subway Will Make Your Laugh**
PastPedia


**Jungle Pam's Teenage Photo Shows A Bit Too Much**
Yeah! Motor




**This Photo Gave Us The Chills...Look Closely And You'll See It**
Opulent Express


**Tom Selleck's Daughter Is Probably The Prettiest Woman To Ever Exist**
Finance Wealth Post


**Chaz Bono Is So Skinny Now And Looks Like A Model (Photos)**
Medical Matters

## Other Real Estate Services in Chicago (show all)


**Matthew Neistat Real Estate**
548 W. Webster Ave.
Chicago, 60614
*@properties shares my commitment to offering the most comprehensive and professional*


**Cross County Realty**
2001 E Fremont Ct
Chicago, 60004
*Our philosophy is simple: clients come first. We are here to help you through the entire buying*


**Angel Credit Repair - Chicago**
707 S Harrison St
Chicago, 60607
*We help people get into homes.*


**Mel Alvizures- ABC Realtors Inc.**
5250 W Irving Park Rd
Chicago, 60641
*ABC Realtors Inc. welcomes you to our page. We have gained a well–*


**My Place Apartments**
2451 N Lincoln Ave
Chicago, 60614
*We guarantee to provide solutions to fit your budget*


**Shauna Hunter/ Prize Realty & Rentals**
7928 S. Kingdive
Chicago, 60619
*This service allows you to access more properties than you would normally. Get*


**Re/Max Premier - Connie Abels NorthCoast Group**
6208 N Broadway St
Chicago, 60660
*Looking to BUY? SELL? RENT? We can help! Our team of*


**Make Your Marc, Inc**
Chicago, 60622
*Welcome to Make Your Marc - a page for all your Chicago related real estate needs*


**Donna D. White, NACA In-House Realtor**
4425 W 63rd St.
Chicago, 60629
*In-House Realtor at Neighborhood Assistance Corporation of*


**JR Luxury Group**
425 W North Ave
Chicago, 60610
*For the Connoisseurs of Life…*


**Realtors Real Estate School**
430 N Michigan Ave, Suite 800
Chicago, 60611
*REALTORS Real Estate school offers pre-licensing, continuing*


**Lauren Goldberg Real Estate**
1875 N Damen
Chicago, 60647
*@properties www.laurengoldbergchicago.com*

▸Contact  ▸Privacy  ▸Login

