# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Oppenheimer v. Engelmann

Case Number: 1:23-cv-14792

An appearance is hereby filed by the undersigned as attorney for:

David Gordon Oppenheimer

Attorney name (type or print): Ilya G. Zlatkin

Firm: Zlatkin Cann Entertainment

Street address: 4245 N. Knox Ave.

City/State/Zip: Chicago, IL 60641-1904

Bar ID Number: 6314344
(See item 3 in instructions)

Telephone Number: (312) 809-8022

Email Address: ilya@zce.law

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/11/2023

Attorney signature: S/ Ilya G. Zlatkin
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015