UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **DAVID GORDON OPPENHEIMER,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Civil Action No. Case No.: 1:23-cv-14792 ) |
| **CHRISTOPHER ENGELMANN,** | ) ) |
| *Defendant.* | ) |

_____

### NOTICE OF FILING

TO:  Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.,
Chicago, Illinois 60641
ilya@zce.law

PLEASE TAKE NOTICE THAT on January 9, 2024, the undersigned caused the following

**DEFENDANT CHRISTOPHER ENGELMANN'S APPEARANCE**, to be electronically filed

with the Northern District of Illinois Clerk of the Court, a copy of which is attached.

Dated: January 9, 2024            Respectfully Submitted,


                                  By:   /s/ Mason S. Cole
                                        Mason S. Cole

Cole Sadkin, LLC
1652 West Belmont Avenue, Suite 1
Chicago, IL 60657
colesadkin.com
(312) 548-8610
ARDC: 6307727
mcole@colesadkin.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certifies that on January 9, 2024 she electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

/s/ Rebecca Bach

Rebecca Bach