UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **DAVID GORDON OPPENHEIMER,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Civil Action No. Case No.: 1:23-cv-14792 |
| | ) |
| **CHRISTOPHER ENGELMANN,** | ) |
| | ) |
| *Defendant.* | ) |

_____

**NOTICE OF FILING**

TO:   Ilya G. Zlatkin
    Zlatkin Cann Entertainment
    4245 N. Knox Ave.,
    Chicago, Illinois 60641
    ilya@zce.law

PLEASE TAKE NOTICE THAT on February 29, 2024, the undersigned caused the following

**DEFENDANT CHRISTOPHER ENGELMANN'S ANSWER**, to be electronically filed with

the Northern District of Illinois Clerk of the Court, a copy of which is attached.

Dated: February 29, 2024                    Respectfully Submitted,


                            By:    /s/ Mason S. Cole
                                Mason S. Cole


Cole Sadkin, LLC
1652 West Belmont Avenue, Suite 1
Chicago, IL 60657
colesadkin.com
(312) 548-8610
ARDC: 6307727
mcole@colesadkin.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certifies that on Januar9, 2024 she electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

/s/ Rebecca Bach

Rebecca Bach