UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

David Gordon Oppenheimer
                        Plaintiff,

v.                                                  Case No.: 1:23–cv–14792
                                                       Honorable Martha M. Pacold

Christopher Engelmann
                        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Beth W. Jantz for the purpose of holding proceedings related to: discovery supervision and scheduling, to set a deadline to file amended pleadings, to set a dispositive motions schedule, and for settlement. (rao, )

Dated: March 4, 2024

                                                                                         /s/ Martha M. Pacold
                                                                         United States District Judge