## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

        Plaintiff,

v.                                              Case No.: 1:23–cv–14792
                                                Honorable Martha M. Pacold

Christopher Engelmann

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 5, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: This case has been referred to Judge Jantz for discovery supervision and settlement. The Court will review the initial status report currently due on 3/6/24 [6] before setting any discovery deadlines. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.