**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

David Gordon Oppenheimer
                           Plaintiff,

v.                                                       Case No.: 1:23−cv−14792
                                                                Honorable Martha M. Pacold

Christopher Engelmann
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 7, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: The Court has reviewed the parties' joint status report [10]. In it, the parties write: "[b]oth parties unanimously consent to proceed before the Magistrate Judge for all purposes." [Dkt. 10 at 3.] The parties are ordered to have a Rule 26(f) conference on or before 3/22/24, and file a Rule 26(f) conference report providing a proposed case management schedule by 3/29/24. Mailed notice. (as, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.