## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>             Plaintiff,<br><br>    v.<br><br>Christopher Engelmann,<br><br>             Defendant. | Case No: 1:23-cv-14792<br><br>Mag. Judge Beth W. Jantz |

### JOINT STATUS REPORT

Pursuant to the Court's minute entry dated March 7, 2024 [Dkt. 11], Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff"), and Defendant Christopher Engelmann ("Engelmann" or "Defendant") submit this Joint Status Report:

    1.    Having exchanged settlement offers in recent weeks, the parties believe that a settlement conference administered by the Magistrate Judge would be conducive for prospects of a potential settlement. The parties believe that a settlement conference scheduled prior to discovery would help both parties preserve significant resources. The parties would appreciate the Magistrate Judge setting a schedule for a settlement conference.

    2.    The parties' counsel conducted an initial Rule 26(f) conference on March 25, 2024. The parties intend to make formal initial disclosures under Rule 26(a)(1) in a timely manner.

    3.    It is anticipated that this case will entail some written discovery as well as a couple of depositions. The parties note that the scheduling of any potential Court-administered settlement conference may require adjustments to the following proposed case management schedule:

| Event | Deadline |
|---|---|
| Service of Initial Rule 26 disclosures | April 8, 2024 |
| Joining Parties | June 7, 2024 |
| Amending Pleadings | August 9, 2024 |
| Completion of Written Discovery | October 11, 2024 |
| Completion of Oral Fact Discovery | January 10, 2025 |
| Completion of Expert Report(s) | March 14, 2025 |
| Motions Relating to Discovery | April 11, 2025 |
| Dispositive Motions | May 16, 2025 |

The parties understand that the Court will enter a scheduling order under Rule 16(b)(1), and that, once scheduled, the Court will modify any such schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

Dated: March 27, 2024

Respectfully submitted,

| | |
|---|---|
| DAVID GORDON OPPENHEIMER | CHRISTOPHER ENGELMANN |
| By: /s/ Ilya G. Zlatkin<br>Ilya G. Zlatkin<br>ZLATKIN CANN ENTERTAINMENT<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law | By: /s/ Mason S. Cole<br>Mason S. Cole<br>COLE SADKIN, LLC<br>1652 West Belmont Avenue, Suite 1<br>Chicago, Illinois 60657<br>Tel: (312) 548-8610<br>mcole@colesadkin.com |
| *Attorney for Plaintiff David Oppenheimer* | *Attorney for Defendant Christopher Engelmann* |