## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                        Plaintiff,

v.                                           Case No.: 1:23−cv−14792

                                                            Honorable Beth W. Jantz

Christopher Engelmann

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 29, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: The Court is in receipt of the Parties' Joint Status Report [13] which indicates that they have exchanged settlement offers and are interested in a settlement conference. A settlement conference pre−call is set for 4/3/24 at 9:30 a.m. The Parties should be prepared to discuss the status of their settlement discussions and their availability for a settlement conference in May or June. To join the 4/3/24 status hearing by phone, dial 1−650−479−3207 and enter access code 97829499. Entering an attendee code is not required. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.