## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                        Plaintiff,

v.                                           Case No.: 1:23–cv–14792

                                                                Honorable Beth W. Jantz

Christopher Engelmann

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 5, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Settlement conference pre call held on 4/3/2024. A settlement conference is scheduled for 5/14/2024 at 10:00 a.m. via Microsoft Teams. Chambers staff will reach out to the parties in advance of the settlement conference to establish video connections and schedule a test run, which is usually scheduled 30 minutes prior to the settlement conference, and all participants (both attorneys and clients) are required to participate in a test run ahead of time. The parties are directed to this Court's standing order on settlement conferences, available on the Court's website. Plaintiff's settlement position statement is due to this Court's settlement inbox (Settlement_Correspondence_Jantz@ilnd.uscourt s.gov) and to opposing counsel by 4/16/2024. Defendant's responsive statement is due to the same by 4/30/2024. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.