# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                               Plaintiff,

v.                                              Case No.: 1:23−cv−14792
                                                       Honorable Beth W. Jantz

Christopher Engelmann

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2024:

        MINUTE entry before the Honorable Beth W. Jantz: Settlement conference held on 5/14/2024 via Microsoft Teams. As discussed during the conference, the Court will email a mediator's proposal in an effort to settle the case to both parties as promptly as its schedule allows. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.