**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

David Gordon Oppenheimer
                              Plaintiff,

v.                                                               Case No.: 1:23−cv−14792
                                                                     Honorable Beth W. Jantz

Christopher Engelmann
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 16, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: The Court has emailed the parties a meditator's proposal in an effort to settle the case. Both sides are to respond by email to the courtroom deputy (anthony_squillante@ilnd.uscourts.gov) by the close of business on 5/20/2024. The parties shall respond to the courtroom deputy only and should not "reply to all," so the answers are protected. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.