## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                Plaintiff,

v.                                                    Case No.: 1:23–cv–14792

                                                           Honorable Beth W. Jantz

Christopher Engelmann

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: The parties have responded to the Court and agree to settle on the terms described in the mediator's proposal, so the parties have reached a settlement. A telephonic status hearing is set for 7/19/2024 at 11:00 a.m., to allow the parties to document the settlement in a written settlement agreement and submit dismissal papers thereafter. To join the telephonic status conference by phone, dial 1–650–479–3207 and enter access code 97829499. Entering an attendee code is not required. The status hearing will be cancelled, and no one need call in, if a stipulation to dismiss is filed prior to the hearing. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.