# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, | ) |
| Plaintiff, | ) ) ) Case No: 1:23-cv-14792 |
| v. | ) ) Mag. Judge Beth W. Jantz |
| Christopher Engelmann, | ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David Gordon Oppenheimer, by and through his undersigned counsel, and Defendant Christopher Engelmann, by and through his undersigned counsel, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each side shall bear their own costs, expenses, and fees, including all attorneys' fees.

Dated: June 9, 2024

Respectfully submitted,

DAVID GORDON OPPENHEIMER

By: /s/ Ilya G. Zlatkin
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff David Oppenheimer*

Respectfully submitted,

CHRISTOPHER ENGELMANN

By: /s/ Mason S. Cole
Mason S. Cole
COLE SADKIN, LLC
1652 West Belmont Avenue, Suite 1
Chicago, Illinois 60657
Tel: (312) 548-8610
mcole@colesadkin.com

*Attorney for Defendant Christopher Engelmann*