# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                        Plaintiff,

v.                                        Case No.: 1:23–cv–14792

                                        Honorable Beth W. Jantz

Christopher Engelmann

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2024:

     MINUTE entry before the Honorable Beth W. Jantz: Pursuant to the parties' joint stipulation to dismiss [20], all claims in this action are dismissed with prejudice, with each side bearing its own attorneys' fees and costs. Status hearing set for 7/19/2024 is stricken. Civil case terminated. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.